```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
ROWE PLASTIC SURGERY OF NEW JERSEY, L.L.C.          :
et al.,                                             :
                                                    :
                        Plaintiffs,                 :         23 Civ. 1551 (JPC)
                                                    :
             -v-                                    :              ORDER
                                                    :
LOUIS CAROTENUTO, Trustee of the United Food and    :
Commercial Workers Local 2013 Health and Welfare    :
Fund,                                               :
                                                    :
                        Defendant.                  :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Prior to a conference held on May 22, 2023, the parties informed the Court that following the termination of former Defendant Horizon Blue Cross Blue Shield of New Jersey from this action on April 3, 2023, Dkt. 13, venue may no longer be proper in this District, Dkt. 16 at 2 ("Venue may no longer be appropriate now that Defendant Horizon Blue Cross Blue Shield of New Jersey was dismissed."). At the May 22, 2023 conference, neither Plaintiffs nor Defendant objected to the transfer of this case to the Eastern District of New York. May 22, 2023 Minute Entry. Based on the allegations in Plaintiffs' Complaint, Defendant Louis Carotenuto is a resident of that District, while both Plaintiffs reside in New Jersey. Dkt. 1-1 ¶¶ 5, 10-11. None of Plaintiffs' allegations, other than those connected to Horizon Blue Cross Blue Shield of New Jersey, appear to deal with events occurring in this district.

Therefore, the Clerk of Court is respectfully directed to transfer this case to the Eastern District of New York. *See* 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.").

SO ORDERED.

Dated: June 2, 2023
      New York, New York

_____
         JOHN P. CRONAN
      United States District Judge